UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------------------X

ALEX KAPANADZE,             Case No. 17-cv-02181

        Plaintiff,              STIPULATION AND CONSENT

       -against-             ORDER TO STAY ACTION

CITIBANK,                   PENDING ARBITRATION

        Defendant.

-----------------------------------------------------X

WHEREAS Defendant Citibank has produced an Arbitration Agreement between Plaintiff Alex Kapanadze ("Plaintiff") and Defendant Citibank ("Defendant"), and good cause having been shown;

IT IS THIS _____ day of June 2017 hereby

ORDERED THAT Plaintiff and Defendant are to submit their dispute to arbitration with the American Arbitration Association in accordance with the parties' written agreement to arbitrate; and it is further

ORDERED that Plaintiff's claims in the above captioned matter are stayed pending resolution of his claims in arbitration. The Case is Administratively Terminated Pending the Arbitration.

IT IS SO ORDERED

_____

Hon. Freda L. Wolfson, U.S.D.J.