IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEX KAPANADZE,<br><br>                    Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>                    Defendant. | CIVIL ACTION NO. 3:17-CV-02181-FLW-TJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS**

Plaintiff, Alex Kapanadze and Defendant Citibank, N.A., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that plaintiff's claims in the above-captioned matter shall be and are DISMISSED WITH PREJUDICE and without taxation of attorneys' fees or costs of any kind against any party.

| | |
|---|---|
| */s/ Edward B. Geller* | */s/ William Reiley* |
| Edward B. Geller, Esquire | William Reiley, Esquire |
| Of Counsel to M. Harvey Rephen & | reileyw@ballardspahr.com |
| Associates, P.C. | BALLARD SPAHR LLP |
| 15 Landing Way | 210 Lake Drive East, Suite 200 |
| Bronx, New York 10464 | Cherry Hill, NJ 08002 |
| T: 914.473.6783 | T: 856.761.3400 |
| | F: 856.761.1020 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| DATED: November 12, 2018 | DATED: November 12, 2018 |