
Case 3:17-cv-02181-FLW-TJB   Document 10   Filed 11/13/18   Page 1 of 1 PageID: 115

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEX KAPANADZE,<br><br>              Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>              Defendant. | CIVIL ACTION NO. 3:17-CV-02181-FLW-TJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AND WITHOUT FEES AND COSTS**

Plaintiff, Alex Kapanadze and Defendant Citibank, N.A., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that plaintiff's claims in the above-captioned matter shall be and are DISMISSED WITH PREJUDICE and without taxation of attorneys' fees or costs of any kind against any party.

| | |
|---|---|
| */s/ Edward B. Geller*<br>Edward B. Geller, Esquire<br>Of Counsel to M. Harvey Rephen &<br>Associates, P.C.<br>15 Landing Way<br>Bronx, New York  10464<br>T: 914.473.6783 | */s/ William Reiley*<br>William Reiley, Esquire<br>reileyw@ballardspahr.com<br>BALLARD SPAHR LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>T: 856.761.3400<br>F: 856.761.1020 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| DATED:  November 12, 2018 | DATED:  November 12, 2018 |

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.

IT IS SO ORDERED:

*[signature]*

FREDA L. WOLFSON, U.S.D.J.   11-13-18

DMEAST #35949367 v1